

# Fourth Court of Appeals
## San Antonio, Texas

August 31, 2022

No. 04-22-00471-CV

**INT OF N.N.M, J.J.C., JR. AKA J.J.S-M.**, children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00916
Honorable Kimberly Burley, Judge Presiding

# O R D E R

On August 1, 2022, appellant filed a notice of appeal stating her intent to appeal an "order of termination or conservatorship . . . signed on July 27, 2022 by the Honorable Associate Judge Kimberly Burley." The clerk's record was filed on August 11, 2022. The clerk's record does not contain an order terminating appellant's parental rights. *See In re L.H.*, No. 04-13-00174-CV, 2013 WL 3804585, at *1 (Tex. App.—San Antonio July 17, 2013, no pet.) (noting judge's notes do not constitute a final order) (mem. op.). In response to this court's inquiry, the trial court clerk stated there is no signed order. "[A]n appeal may be prosecuted only from a final judgment." *N.E. Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966). Because it appears no final order has been entered in the underlying case, appellant is ORDERED to show cause in writing **no later than September 12, 2022** why this appeal should not be dismissed for lack of jurisdiction. All other appellate deadlines are held in abeyance pending further order of this court.

It is so **ORDERED** on this 31st day of August, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court